H. SCOTT ZIEMELIS  
Attorney at Law  
40 Grove Street  
Suite 203  
Middletown, New York 10940  
(845) 294-9432

November 21, 2018

Hon. Cecelia Morris  
Chief Judge  
United States Bankruptcy Court

Via ECF

re: Corley and Johnson  
Case No. 18-35609

Your Honor:

    This will confirm that the confirmation hearing on the above matter has been adjourned on consent of the Trustee from November 27, 2018 until December 18, 2018.

    Thank you.

                             /s/ H. Scott Ziemelis